Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
pnoah@ix.netcom.com
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff,
Karen Otterstrom

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30 th Floor
San Francisco, CA  94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Attorneys for Defendant,
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| Karen Otterstrom, | CASE NO. C13-02069 SI |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE; ~~PROPOSE~~D ORDER |
| vs. | |
| Metropolitan Life Insurance Company, | |
| Defendants. | |

Plaintiff, Karen Otterstrom, and Defendant, Metropolitan Life Insurance Company, through their respective counsel of record respectfully file this joint stipulation and proposed order to allow plaintiff to continue the date and time of the Case Management

-1-

1 Conference, currently set for August 9, 2013, to August 16, 2013, or
2 a time more convenient for the Court.
3   Plaintiff requests this continuance due to plaintiff's attorney
4 being out of town on vacation August 5, 2013 through August 12,
5 2013.
6   Plaintiff respectfully requests that the Case Management
7 Conference be re-set to August 16, 2013, or a date more convenient
8 for the Court, to accommodate plaintiff's attorney's vacation
9 schedule.  This first request for a continuance of the CMC will not
10 affect any other pretrial scheduling dates or dead lines.

Dated: July 10, 2013     Sedgwick LLP


                              By:  /s/ Mark J. Hancock
                              Attorneys for Defendant,
                              Metropolitan Life Insurance Company


Dated: July 10, 2013     LAW OFFICE OF P. RANDALL NOAH


                              By:   /s/ P. Randall Noah
                              Attorney for Plaintiff,
                              Karen Otterstrom

PURSUANT TO STIPULATION, IT IS SO ORDERED:

                              AUGUST 16, 2013 @ 2:30 P.M.
CASE MANAGEMENT CONFERENCE DATE: _____

Dated:  7/18/13               _____
                              United States District Judge

-2-