IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN OTTERSTROM,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants

                                     /

No. C 13-2069 SI

**RECUSAL ORDER**

      I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 7/26/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE